UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      vs.                      No. 05-20043-01-KHV

**ADIS G. STULTS,**

      **Defendant.**

### ORDER FOR DISMISSAL

This cause comes upon the motion of the United States of America (Doc. #26), by and through Eric F. Melgren, United States Attorney for the District of Kansas, and Terra D. Morehead, Assistant United States Attorney for said District, requesting an order to dismiss the Indictment without prejudice in the above captioned matter. The Court being fully advised in the premises, hereby sustains the motion of the United States.

IT IS THEREFORE ORDERED that the Indictment filed on March 30, 2005, be, and hereby is, dismissed without prejudice.

IT IS SO ORDERED. DONE THIS 8th DAY OF SEPTEMBER, 2005.

                                        s/ Kathryn H. Vratil
                                        HONORABLE KATHRYN H. VRATIL
                                        United States District Judge
                                        District of Kansas